UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| VALERIE NICOLE POUNCY | CIV. ACTION NO. 5:21-00404 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| KILOLO KIJAKAZI, ACTING COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Attorney Fees [Record Document 22] is **GRANTED**, as modified, and that the Commissioner shall remit to Plaintiff's counsel a check made payable to Plaintiff, Valerie Pouncy, for attorney's fees in the amount of $6,130.00 (27.2 hours at $200.00/hr., plus 6.9 hours at $100/hr.), together with expenses of $17.58.

THUS DONE AND SIGNED this 30th day of January, 2023.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE